UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

G-Z/10 UNP REALTY, LLC, GLOBAL HOLDINGS, INC., ZECKENDORF DEVELOPMENTS, LLC and LEND LEASE (US) CONSTRUCTION LMB, INC.,

Case No. 1:19-cv-09343

Plaintiffs,

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

- against -

SELECTIVE INSURANCE COMPANY OF AMERICA,

**ECF CASE**

Defendant.
---------------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record, that all claims raised against, SELECTIVE INSURANCE COMPANY OF AMERICA, are hereby discontinued with prejudice, and without costs to any party as against another.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed simultaneously in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute the same instrument. Any faxed, photocopied or digitally scanned signature shall be deemed an original. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
  July 24, 2020

By: _____
James V. Fabiani, Esq.
**FABIANI COHEN & HALL, LLP**
*Attorney for Plaintiffs*
570 Lexington Avenue, 4th Floor
New York, New York 10022
fabianij@fcllp.com
212.644.4420

By: _____
Dawn M. Brehony, Esq.
**CLAUSEN MILLER P.C.**
*Attorneys for Defendant*
28 Liberty Street, 39th Floor
New York, New York 10005
Dbrehony@clausen.com
212.805.3900
File No. 19-6888-00-2

So ORDERED.

Dated: August 17, 2020  
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE